```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00933-HWV
Dorothy S. Barnes                                                   Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke           Page 1 of 2            Date Rcvd: Apr 27, 2020
                             Form ID: ntcnfhrg         Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2020.
db            +Dorothy S. Barnes,    140 Palmyra Bellegrove Rd,    Annville, PA 17003-9177
aty           +Leah M. Stump-Lesley,    Harold Shepley & Associates, LLC,    3115 N. Front Street,
                Harrisburg, PA 17110-1310
5320873        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
5311533       +Amex,   Correspondence,    P.O. Box 981540,    El Paso, TX 79998-1540
5311534       +Bureau of Account Management,    3607 Rosemont Avenue,    Suite 502 P.O. Box 8875,
                Camp Hill, PA 17011-6904
5319828       +Lakeview Loan Servicing LLC,    PO Box 840,    Buffalo, NY 14240-0840
5311543       +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine Suite 100,
                San Diego, CA 92108-3007
5311544       +Penn State Hershey Medical,    500 University Drive,    Hershey, PA 17033-2390
5311547        Roger Hochschild, CEO,    Discover Bank,    502 E. Market Street,    Riverwoods, IL 60015
5311550       +U.S. Bank, N.A.,    Attn: Bankruptcy,    P.O. Box 5263,    Carol Stream, IL 60197-5263
5311551       +Weltman Weinberg & Reis, Co., LPA,    170 S. Independence Mall W.,    Suite 874W,
                Philadelphia, PA 19106-3334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2020 20:06:16
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5311535        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 27 2020 19:55:48      Capital One Bank,
                P.O. Box 71083,    Charlotte, NC 28272-1083
5311536       +E-mail/Text: bankruptcy@cavps.com Apr 27 2020 19:51:42      Cavalry Portfolio Services, LLC,
                Attn: Bankrutpcy Department,    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
5312703       +E-mail/Text: bankruptcy@cavps.com Apr 27 2020 19:51:42      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5311538        E-mail/Text: mrdiscen@discover.com Apr 27 2020 19:51:08      Discover Financial,
                Attn: Bankruptcy,   P.O. Box 15316,    Wilmington, DE 19850
5313960        E-mail/Text: mrdiscen@discover.com Apr 27 2020 19:51:08      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5311539        E-mail/Text: mrdiscen@discover.com Apr 27 2020 19:51:08      Discover Financial Services,
                Attn: Bankruptcy Services,    P.O. Box 3025,    New Albany, OH 43054-3025
5311540       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 27 2020 19:51:49      Fingerhut Direct Marketing,
                Bankruptcy Department,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
5311537        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 27 2020 19:55:20      Chase Card Services,
                P.O. Box 15298,    Wilmington, DE 19850
5311541        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 27 2020 19:51:41      Jefferson Capital Systems, LLC,
                P.O. Box 1999,    Saint Cloud, MN 56302
5311542        E-mail/Text: camanagement@mtb.com Apr 27 2020 19:51:21      M&T Bank,    Attn: Bankruptcy,
                PO Box 844,    Buffalo, NY 14240
5311546        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2020 19:55:54
                Portfolio Recovery Associates,    120 Corporate Boulevard,    Norfolk, VA 23502
5311545        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2020 19:55:03
                Portfolio Recovery Associates,    120 Corporate Boulevard,    Suite 100,    Norfolk, VA 23502
5319211        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2020 19:55:28
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5311548       +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2020 19:55:18      Synchrony Bank,
                Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
5312271       +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2020 19:55:21      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5311549       +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2020 19:54:56      Synchrony Bank/Sams Club,
                Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          Leah M Stump    on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com
          Leah M Stump    on behalf of Debtor 1 Dorothy S. Barnes lstump@shepleylaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dorothy S. Barnes,            Chapter     13

     **Debtor 1**

Case No.     1:20–bk–00933–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 3, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing. | Date: June 10, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 27, 2020 |

ntcnfhrg (03/18)