UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Dorothy S. Barnes　　　　　　　　　　　　　　Case No. 20-00933
　　　　　　　　　　　　　　　　　　　　　　　Honorable Henry W. Van Eck
　　　　Debtor　　　　　　　　　　　　　　　　Chapter 13

_____/

# MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF SATISFACTION OF PROOF OF CLAIM #12

**NOW COMES** Creditor, Midland Credit Management, Inc. as servicer for Midland Funding, LLC, and hereby provides notice that the Proof of Claim #12 filed on May 15, 2020 in the amount of $4410.79 has been satisfied.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　**Felicia Hale on behalf of Midland Credit Management, Inc.**

　　　　　　　　　　　　　　　　　　　　　/s/  Felicia Hale
　　　　　　　　　　　　　　　　　　　　　Bankruptcy Specialist
　　　　　　　　　　　　　　　　　　　　　PO Box 2011
　　　　　　　　　　　　　　　　　　　　　Warren, MI  48090
　　　　　　　　　　　　　　　　　　　　　877-495-2902
　　　　　　　　　　　　　　　　　　　　　MBX_ILMS_Bankruptcy@MCMCG.com

Dated: March 29, 2022