**Fill in this information to identify the case:**

Debtor 1    Dorothy S. Barnes

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u>

Case number   <u>20-00933 HWV</u>

Form 4100R

# Response to Notice of Final Cure Payment                                                              10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:**    Lakeview Loan Servicing LLC              **Court claim no.** (if known):   5

**Last 4 digits** of any number you use to identify the debtor's account:    1872
**Property address:**
  140 Palmyra Bellegrove Road
  Annville, PA 17003

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                                                                       $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next postpetition payment from the debtor(s) is due on:      04 / 01 / 2025

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:
  a.  Total postpetition ongoing payments due:                                               (a)    $ _____
  b.  Total fees, charges, expenses, escrow, and costs outstanding:                       + (b)    $ _____
  c.  **Total.** Add lines a and b.                                                           (c)    $ _____

  Creditor asserts that the debtor(s) are contractually obligated for
  the postpetition payment(s) that first became due on:

Form 4100R                          Response to Notice of Final Cure Payment                                 page 1

Document ID: a1fe3a6a1ab8819ca0b199dea1b85e13d65a207888454b9c0825568730200pdf
Case 1:20-bk-00933-HWV    Doc 35    Filed 03/31/25    Entered 03/31/25 16:35:18    Desc
Main Document      Page 1 of 3

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.



x /s/ Denise Carlon
Denise Carlon
31 Mar 2025, 16:07:11, EDT

Date    03/31/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R — Response to Notice of Final Cure Payment — page 2

Document ID: a1fe3a6a1a08819ca0b199dea1b85e13d65a207888454b9c0825568730200df
Case 1:20-bk-00933-HWV    Doc 35    Filed 03/31/25    Entered 03/31/25 16:35:18    Desc
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dorothy S. Barnes<br>　　　　　　　　　　　Debtor(s)<br><br>Lakeview Loan Servicing LLC<br>　　　　　　　　　　　Movant<br>　　vs.<br><br>Dorothy S. Barnes<br>　　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　　Trustee | BK NO. 20-00933 HWV<br><br>Chapter 13<br><br>Related to Claim No. 5 |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT**

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 31, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Dorothy S. Barnes
140 Palmyra Bellegrove Road
Annville, PA 17003

<u>Attorney for Debtor(s) (via ECF)</u>
Leah M. Stump
Harold Shepley and Associates LLC
3115 N. Front Street
Harrisburg, PA 17110

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>March 31, 2025</u>

　　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon**
　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com